UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09cr205-RJC

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>(1) RUBEN GARCIA-ROSARIO, )<br>)<br>Defendant. )<br>) | **FINAL ORDER AND JUDGMENT<br>CONFIRMING FORFEITURE** |

On July 28, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32(d)(2), based upon the Defendant's plea of guilty on Count Four in the Superseding Bill of Indictment. As to that Count, Defendant was convicted of attempting to kidnap a person under the age of eighteen years in violation of 18 U.S.C. §§ 1201(a)(1), (d) and (g).

On July 30, 2010 through August 28, 2010, the United States published via www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the forfeited property according to law, and further notifying all third parties of their right to petition the Court within sixty days from July 30, 2010 for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed. Based on the record in this case, including the defendant's plea of guilty, the Court finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statute.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as

final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

**One FIE .25 caliber semi automatic pistol; and**

**Winchester .25 caliber ammunition.**

Signed: December 28, 2010

Robert J. Conrad, Jr.
Chief United States District Judge